IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BROOKE L MOSHER,<br><br>    Plaintiff,<br><br>v.<br><br>JACQUELYN AUSTIN, et al.,<br><br>    Defendants. | Case No. 23-CV-01808-SPM |

# ORDER TRANSFERRING RELATED CASE

**McGLYNN, District Judge:**

On May 30, 2023, the above-captioned action was filed and randomly assigned to District Judge Stephen P. McGlynn. This case arises out of the same facts and is closely related to *Mosher v. Department of Children and Family Services et al.*, assigned to District Judge Staci M. Yandle. *See* 23-CV-00463-SMY. The law of this Circuit provides that related cases filed within the same District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999). Accordingly, the undersigned **TRANSFERS** the above-captioned case to Judge Yandle. All further pleadings filed herein shall be styled with the suffix -SMY.

    IT IS SO ORDERED.

    DATED: June 6, 2023

                                                                    *s/ Stephen P. McGlynn*
                                                                      **STEPHEN P. McGLYNN**
                                                                       **U.S. District Judge**